IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE J. DORSEY,

    Petitioner,                   No. CIV S-05-1484 FCD KJM P

    vs.

ROSEANNE CAMPBELL, Warden,

    Respondent.               ORDER

_____/

        Plaintiff is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  On October 21, 2005, the court issued findings and recommendations recommending that the action be dismissed because petitioner had not paid the filing fee or submitted an application to proceed in forma pauperis.

        On November 3, 2005, petitioner filed objections, attaching as an exhibit a copy of the receipt for the filing fee.  Accordingly, the findings and recommendations of October 21, 2005 are vacated.

        Petitioner argues that hearsay evidence was admitted against him in violation of his Sixth Amendment rights as defined in Crawford v. Washington, 541 U.S. 36 (2004).  It is not clear from the pleadings however, whether petitioner has raised this issue in the state courts as required.

1

1    The exhaustion of state court remedies is a prerequisite to the granting of a
petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1). If exhaustion is to be waived, it must
be waived explicitly by respondent's counsel. 28 U.S.C. § 2254(b)(3).[1]  A waiver of exhaustion,
thus, may not be implied or inferred. A petitioner satisfies the exhaustion requirement by
providing the highest state court with a full and fair opportunity to consider all claims before
presenting them to the federal court. Picard v. Connor, 404 U.S. 270, 276 (1971); Middleton v.
Cupp, 768 F.2d 1083, 1086 (9th Cir.), cert. denied, 478 U.S. 1021 (1986).  Petitioner will be
given an opportunity to inform the court whether he has presented this issue to the California
Supreme Court.

IT IS HEREBY ORDERED:

1. The findings and recommendations of October 21, 2005 are hereby vacated; and

2. Within thirty days of the date of this order, petitioner shall notify the court whether he has exhausted state remedies on the issue presented in the instant petition. Failure to comply with result in a recommendation that the action be dismissed.

DATED: December 5, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
dors1484.vfr

---

[1] A petition may be denied on the merits without exhaustion of state court remedies. 28 U.S.C. § 2254(b)(2).