IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE J. DORSEY,

    Petitioner,　　　　　　　　　　No. CIV S-05-1484 FCD KJM P

  vs.

ROSEANNE CAMPBELL, Warden,

    Respondent.　　　　　　　　　　ORDER

                              /

        Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: December 29, 2005.

                                                   UNITED STATES MAGISTRATE JUDGE

/mp
dors1484.159